Núm. 8678.—Pueblo, apldo. v. Burgos, aplte.—C. D. San Juan. Marzo 14, 1941.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

Llamada esta causa para la vista de la moción de desestimación presentada por el Pueblo por su fiscal, sólo éste compareció, limitándose el apelante a pedir por escrito la suspensión de la vista y un nuevo término para presentar la transcripción de evidencia, petición que ha sido declarada sin lugar, y apareciendo que el recurso se interpuso desde marzo 29, 1940, sin que la parte apelante hiciera gestión alguna para perfeccionarlo, y que solicitada su desestimación por abandono desde febrero cinco último el apelante no ha impugnado la moción limitándose a presentar la solicitud de que se ha hecho mérito, debe declararse y se declara la moción de El Pueblo con lugar y en su consecuencia se desestima, por abandono, el recurso.